IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**CALVIN COLLINS and ZACHARY HALL,**  **PLAINTIFFS**
Each Individually and on Behalf
of All Others Similarly Situated

vs.   No. 7:20-cv-83-DC

**PEL-STATE BULK PLANT, LLC,**  **DEFENDANTS**
and **WILLIAM H. BROYLES, II**

### JOINT ALTERNATIVE DISPUTE RESOLUTION
### REPORT AND NOTICE OF SETTLEMENT

In accordance with the Court's Order to Mediate (Docket No. 13), the parties mediated this case on May 16, 2022 before a mutually agreed mediator in Houston, Texas. At the mediation, the Plaintiffs and Defendants reached a settlement in principle that will resolve all claims asserted by Plaintiffs, as well as the claims of the collective of similarly situated individuals who opted in to the lawsuit. The parties are in the process of finalizing settlement terms and expect to be able to file an appropriate joint motion for approval of the settlement agreement and a request for dismissal with the Court within thirty (30) days from the filing of this Joint ADR Report and Notice of Settlement. Should the parties be unable to file their settlement approval request and dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties respectfully request that all Scheduling Order deadlines that existed as of May 16, 2022 be stayed pending finalization of their settlement.

Page 1 of 3
Calvin Collins, et al. v. Pel-State Bulk Plant, LLC, et al.
U.S.D.C. (W.D. Tex.) Case No. 7:20-cv-83-DC
Joint Alternative Dispute Resolution
Report and Notice of Settlement

        Respectfully submitted,

        **CALVIN COLLINS and ZACHARY HALL, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        */s/ Josh Sanford*
        Josh Sanford
        Texas State Bar No. 24077858
        josh@sanfordlawfirm.com

and    **PEL-STATE BULK PLANT, LLC, and WILLIAM H. BROYLES, II, DEFENDANTS**

        SCHMOYER REINHARD LLP
        8000 IH 10 West, Suite 1600
        San Antonio, Texas 78230
        Telephone: (210) 447-8033
        Facsimile: (210) 447-8036

        */s/ John A. Ferguson, Jr.*
        John A. Ferguson, Jr.
        Texas State Bar No. 06909100
        jferguson@sr-llp.com
        William R. Liles
        Texas State Bar No. 24083395
        wliles@sr-llp.com

Page 2 of 3
Calvin Collins, et al. v. Pel-State Bulk Plant, LLC, et al.
U.S.D.C. (W.D. Tex.) Case No. 7:20-cv-83-DC
Joint Alternative Dispute Resolution
Report and Notice of Settlement

## CERTIFICATE OF SERVICE

    I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing was filed via the CM/ECF system, which will provide notice to the following attorney of record:

John A. Ferguson, Jr., Esq.  
SCHMOYER REINHARD LLP  
8000 IH 10 West, Suite 1600  
San Antonio, Texas 78230  
Telephone: (210) 447-8033  
Facsimile: (210) 447-8036  
jferguson@sr-llp.com

                          */s/ Josh Sanford*  
                          **Josh Sanford**

Page 3 of 3  
Calvin Collins, et al. v. Pel-State Bulk Plant, LLC, et al.  
U.S.D.C. (W.D. Tex.) Case No. 7:20-cv-83-DC  
Joint Alternative Dispute Resolution  
Report and Notice of Settlement