# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| CALVIN COLLINS and ZACHARY HALL, Individually and on Behalf of All Others Similarly Situated,<br> *Plaintiffs*, | § § § § § | |
| v. | § § | No. MO:20-CV-83-DC |
| PEL-STATE BULK PLANT, LLC and WILLIAM H. BROYLES, II,<br> *Defendants*. | § § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE AND APPROVAL OF SETTLEMENT AGREEMENT

BEFORE THE COURT is the Joint Motion to Dismiss With Prejudice and For Approval of Settlement Agreement filed under seal. Having reviewed the Motion, it appears to the Court that due cause exists to grant the Motion.

IT IS, THEREFORE, ORDERED that the Settlement Agreement presented to the Court is approved and all claims asserted against Defendants are hereby dismissed in accordance with the terms of the Settlement Agreement and in their entirety with prejudice, with all costs taxed against the party incurring same and all attorney's fees borne by the party incurring same except as provided in the Settlement Agreement.

It is so **ORDERED**.

SIGNED this 18th day of September, 2022.

*/s/ David Counts*

DAVID COUNTS
UNITED STATES DISTRICT JUDGE